[Nos. 32888-7-II; 33358-9-II. Division Two. August 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. BRETT EUGENE THOMAS, *Appellant*.

Appeals from judgments of the Superior Court for Thurston County, Nos. 03-1-01584-2 and 04-1-00848-8, Wm. Thomas McPhee, J., entered May 6, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Hunt, JJ.

[No. 32915-8-II. Division Two. August 11, 2006.]

*In the Matter of the Marriage of* SARAH KITTELSON, *Respondent*, and RICHARD KITTELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-3-00906-6, Edwin L. Poyfair, J., entered February 16, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton and Armstrong, JJ.

[No. 32950-6-II. Division Two. August 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNA JAYNE LOVE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-03660-9, Beverly G. Grant, J., entered March 2, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 32959-0-II. Division Two. August 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. SONG SUK HAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-03294-8, Brian M. Tollefson, J., entered March 7, 2005. *Reversed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.